Mr. Justice Gridley delivered the opinion of the court.

---

Peter Nelson, appellee, v. Chicago Railways Company, appellant. Gen. No. 24,861.

Action to recover for personal injury to street car passenger while in act of boarding car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank J. Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact. Opinion filed December 2, 1919.

Thomas J. Symmes and Watson J. Ferry, for appellant; W. W. Gurley and J. R. Guilliams, of counsel. Charles C. Spencer, for appellee.

Mr. Justice Gridley delivered the opinion of the court.